[No. 30757-3-III.   Division Three.   December 12, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. CARL D. JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 11-1-00322-2, Lesley A. Allan, J., entered March 28, 2012. *Affirmed* by unpublished opinion per Korsmo, C.J., concurred in by Brown and Siddoway, JJ.

[No. 31034-5-III.   Division Three.   December 12, 2013.]

THE BANK OF NEW YORK, *as Trustee, Respondent*, v. MARCO T. BARBANTI ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Spokane County, No. 10-2-04570-2, Kathleen M. O'Connor, J., entered July 20, 2012. *Affirmed in part, reversed in part, and remanded with instructions* by unpublished opinion per Fearing, J., concurred in by Siddoway, A.C.J., and Brown, J.

[No. 31106-6-III.   Division Three.   December 12, 2013.]

BRUCE A. RICK ET AL., *Respondents*, v. PROSSER SCHOOL DISTRICT NO. 116, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 06-2-02539-1, William D. Acey, J. Pro Tem., entered August 14, 2012. *Affirmed* by unpublished opinion per Korsmo, C.J., concurred in by Brown and Kulik, JJ.

[No. 65576-1-I.   Division One.   December 16, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. SERGIO GONZALEZ-GUZMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-00369-4, James D. Cayce, J., entered July 24, 2009. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Spearman, A.C.J., and Cox, J.